UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
────────────────────────────────────────

**ALONZO BROWN,**

                            **Plaintiff,**

    v.                                                    **No. 08-CV-105 (TJM/DRH)**

**DAME, Correction Officer,**

                            **Defendant.**

────────────────────────────────────────

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

### I. INTRODUCTION

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. David R. Homer, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to the Report-Recommendation and Order dated February 5, 2010 have been filed, and the time to do so has expired. Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice. Accordingly, the Court adopts the Report-Recommendation and Order for the reasons stated therein.

It is therefore,

**ORDERED** that Defendant's motion for summary (Docket No. 27) is **GRANTED**, and the claims in this action are **DISMISSED**. The Clerk of the Court is instructed to enter

1

judgment in favor of Defendant and to close the file in this matter.

**IT IS SO ORDERED**

DATED:March 3, 2010

_____
Thomas J. McAvoy
Senior, U.S. District Judge